1  Benjamin Schonbrun, SBN 118323
   Paul Hoffman, SBN 071244
2  Michael D. Seplow, SBN 150183
   SCHONBRUN DESIMONE SEPLOW
3  HARRIS & HOFFMAN
   723 Ocean Front Walk
4  Venice, CA 90291
   Telephone: (310) 396-0731
5  Fax:       (310) 399-7040

6  Attorneys for Plaintiff,
   LOLA KRUGEL
7

8  THOMAS P. O'BRIEN
   United States Attorney
9  LEON W. WEIDMAN
   Assistant United States Attorney
10 Chief, Civil Division
   DAVID PINCHAS
11 Assistant United States Attorney
   California State Bar Number: 130751
12      Room 7516, Federal Building
        300 North Los Angeles Street
13      Los Angeles, California 90012
        Telephone: (213) 894-2920
14      Facsimile: (213) 894-7819
        Email: david.pinchas@usdoj.gov
15
   Attorneys for Defendant
16 United States of America

17
                    UNITED STATES DISTRICT COURT
18
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
19
                          WESTERN DIVISION
20

21
   LOLA KRUGEL,                    )
22                                 )
        Plaintiff,                 )   NO. 06-CV-5116 SVW (PLAx)
23                                 )
        v.                         )   [~~PROPOSED~~] ORDER
24                                 )
   UNITED STATES OF AMERICA        )   [FILED CONTEMPORANEOUSLY WITH
25 and DOES 1-10,                  )   STIPULATION REQUESTING
                                   )   PROTECTIVE ORDER]
26      Defendants.                )
                                   )
27

28

1

**[PROPOSED] ORDER**

2      Having considered the parties' Stipulation Requesting
        filed on 11/21/08
3  Protective Order, IT IS HEREBY ORDERED that the Protective Order

4  as proposed by the parties is GRANTED.

5  IT IS SO ORDERED.

6

7

8  DATED:  11/27/08

9                                    STEPHEN V. WILSON
                                     UNITED STATES DISTRICT JUDGE
10                                   PAUL L. ABRAMS

11                        **U.S. MAGISTRATE JUDGE**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              2